UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALBERT ATLAS, | CASE NO. ED CV 12-1942-FMO (PJW) |
| Petitioner, | |
| v. | J U D G M E N T |
| GARY SWARTHOUT, WARDEN, | |
| Respondent. | |

Pursuant to the Order Accepting Report and Adopting Findings, Conclusions, and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is denied and this action is dismissed with prejudice.

DATED: November 25, 2013

/s/
FERNANDO M. OLGUIN
UNITED STATES DISTRICT JUDGE

C:\Temp\notesE1EF34\Atlas.Judgment.wpd